**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

IN RE:                                    CASE NUMBER: 20-02911

FERNANDO L. ROSA VILLEGAS                 CHAPTER: 13
DEBTOR

INFORMATIVE MOTION

TO THE HONORABLE COURT:

## MOTION FOR LEAVE TO FILE MOTION TO DISMISS

Comes now, Tania M. Solano Andújar, through her undersigned counsel and respectfully states and prays:

1.   As per Hon. Monsita Lecaroz 2020's request, "*whatever communication we have, be done thru this medium . . . ,*" we are requesting leave to file the attached Motion.

NOTICE: Within fourteen (14) days after service as evidenced by the certification, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (I) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico on this date February 12, 2021.

**CERTIFICATE OF SERVICE**

OUR CLIENT AND UNDERSIGNED ATTORNEY HEREBY CERTIFY: that this motion has been filed using the Bankruptcy Court's ECM/ECF electronic filing system which will automatically notify all participants to said system including the Office of the U.S. Trustee and the Chapter 13 Trustee. I HEREBY CERTIFY THAT all other parties included in attached master address list who are not participants of the Court's automatic filing system have been notified of this motion via regular mail sent on this same date.

Respectfully submitted.

/s/ Maritza Ortiz, Esq.
USDC-PR 19522
P.O. Box 361165
San Juan, P.R. 00936
Phone 914-572-5249
Email: attymari@outlook.com

```
FERNANDO L ROSA VILLEGAS
PO BOX 3184
CAROLINA, PR 00984

ALEXANDRA ROSARIO MORELL
COLLAZO & ROSARIO LAW FIRM
#41 CALLE BALDORIOTY
COAMO, PR 00769

AMERICAN EXPRESS
PO BOX 26312
LEHIGH VALLEY, PA 18002-6312

AMERICAN INFOSOURCE LP
PO BOX 248848
OKLAHOMA CITY, OK 73124-8848

ANDERSON FINANCIAL PR
(BORINQUEN TITLE LOAN )
3440 PRESTON RIDGE RD SUITE 500
ALPHARETTA, GA 30005

ANDERSON FINANCIAL SERVICE OF PR
LLC BORINQUEN TITLE LOAN
ALDA STREET 1591 CARIBE DEVELOPMENT
SAN JUAN, PR 00918

ASUME
PO BOX 71316
SAN JUAN, PR 00936-8416

CLARO
PO BOX 70366
SAN JUAN, PR 00936-8366

DTOP
MINILLAS STATION
PO BOX 41269
SANTURCE, PR 00904

TMOBILE
PO BOX 53410
BELLEVUE, WA 98015-3410
```