IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 20-02911-MCF13 |
|---|---|
| FERNANDO L ROSA VILLEGAS | Chapter 13 |
| xx-xx-6276 | |
| Debtor(s) | FILED & ENTERED ON MAR/03/2021 |

ORDER

The motion filed by FERNANDO L ROSA VILLEGAS (docket #32) is hereby denied without prejudice for non compliance of P.R. LBR 4001-1(b) and 9013-1(c)(4) Affidavit of Military Service.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 3 day of March, 2021.

*Mildred Cabán*

Mildred Caban Flores
United States Bankruptcy Judge