**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

IN RE: RAFAEL L. ROSA VILLEGAS    CASE NUMBER: 20-02911
DEBTOR                            CHAPTER: 13

**MOTION TO CORRECT ATTACHMENT 1**

TO THE HONORABLE COURT:

COMES NOW, DSO RECIPIENT, MS. TANIA M. SOLANO ANDÚJAR (hereinafter, Ms. Solano), by and through the undersigned attorney, and very respectfully states and prays as follows:

1. That we just noticed that Exhibit 1, included within our prior Motion to Reconsider, was different from the one we intended to attach. The correct name for Exhibit 1 is Resolution and Order, which was notified last **February 9, 2021.** This other attachment is signed by Hon. Judge Vivian Acosta. We are now attaching the correct Exhibit 1, using this other motion. We truly apologize for the error.

**LEAVE TO FILE DOCUMENTS IN THE SPANISH LANGUAGE**

2. Ms. Solano hereby requests leave from this Honorable Court to file Exhibit 1 in the Spanish language, and request 30 days to file certified translations in the English language, pursuant to LBR-9070-1c.

**RELIEF**

WHEREFORE, Ms. Solano respectfully requests from this Honorable Court to:

- accept our apologies and proceed to accept the Exhibit 1, we are attaching with this other corrective motion.

**NOTICE**: Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f), if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file a written objection or other appropriate response to this paper with the Clerk's Office of The United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is timely file within the time allowed herein, the paper will be deemed unopposed and may be granted without any further hearing unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico on this date **March 9, 2021**.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed with the Clerk of the Court using the CM/ECF System which will send a notification of such filing to debtor's attorney and to the United States Trustee and to all other parties on record.

I DO HEREBY FURTHER CERTIFY that on this same date a true and exact copy of the foregoing document was sent by regular United States mail to: the Bankruptcy Court and to Non CM/ECF participants at their address of record, as per the attached Address List.

In San Juan, Puerto Rico this **9th** day of **March, 2021**.

/S/Maritza Ortiz
_____

Maritza Ortiz, Esq.
USDC-PR No. 300702
P.O. Box 361165
San Juan, P.R. 00936
Tel. 914-572-5249
attymari@outlook.com

20210309SOLANOANDUJARTANIAcorrectingAttachmentCH13.wpd

```
FERNANDO L. ROSA VILLEGAS
PO BOX 3184
CAROLINA, PR 00984

ALEXANDRA ROSARIO MORELL
COLLAZO & ROSARIO LAW FIRM
41 CALLE BALDORIOTY
COAMO, PR 00769

AMERICAN EXPRESS
PO BOX 26312
LEHIGH VALLEY, PA 18002-6312

AMERICAN INFOSOURCE LP
PO BOX 248848
OKLAHOMA CITY, OK 73124-8848

ANDERSON FINANCIAL PR
BORINQUEN TITLE LOAN
3440 PRESTON RIDGE RD
SUITE 500
ALPHARETTA, GA 30005

ANDERSON FINANCIAL SERVICE OF PR LLC
BORINQUEN TITLE LOAN
ALDA STREET 1591
CARIBE DEVELOPMENT
SAN JUAN, PR 00918

ASUME
PO BOX 71316
SAN JUAN, PR 00936-8416

CLARO
PO BOX 70366
SAN JUAN, PR 00936-8366

DTOP
MINILLAS STATION
PO BOX 41269
SANTURCE, PR 00904

TMOBILE
PO BOX 53410
BELLEVUE, WA 08015-3410

TANIA M. SOLANO
PO BOX 361165
SAN JUAN PR 00936
```